UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| DANIQUA WARNOCK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV423-061 |
| | ) | |
| DENNIS PEATROSS, *et al.*, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The parties inform the Court that they have successfully mediated this case and are in the process of finalizing a settlement. Doc. 34. In light of the settlement, the Court **STAYS** all deadlines in this case pending filing of the anticipated Joint Stipulation of Dismissal. *See id.* at 1. The upcoming January 5, 2024 Status Conference is **CANCELED**. Doc. 32. The parties are **DIRECTED** to file a Joint Stipulation of Dismissal by January 22, 2024. If the parties are unable to file the

dismissal by the deadline, they are **DIRECTED** file a joint status report by that date updating the Court on the status of their settlement.

**SO ORDERED**, this 22nd day of December, 2023.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA