IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| DANIQUA WARNOCK,<br><br>    Plaintiff,<br><br>    v.<br><br>DENNIS PEATROSS; LANDSTAR INWAY, INC.; and OLD REPUBLIC INSURANCE CO.,<br><br>    Defendant. | CIVIL ACTION NO.: 4:23-cv-61 |

## O R D E R

Before the Court is a Joint Stipulation of Dismissal, signed and filed by counsel for Plaintiff and counsel for Defendants on January 2, 2024, wherein the parties indicate they stipulate to the dismissal, with prejudice, of every claim and count in this case, with each party to bear its own attorneys' fees, expenses, and costs.  (Doc. 37.)  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action has been **DISMISSED WITH PREJUDICE**.  The Clerk of Court is hereby authorized and directed to **CLOSE** this case.

**SO ORDERED**, this 5th day of January, 2024.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA